AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

THOMAS S. MANFRE

V.

JEROME MAY, WILLIAM MAY, DAVID MAY, and R&M FREIGHT, INC.

CASE NUMBER: **08 C 1281**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KENNELLY
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

R&M FREIGHT, INC.
ATTN: Bruce M. Jancovic, Registered Agent
444 N. Northwest Highway, #205
Park Ridge, IL 60068

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. O'Hara
Max A. Stein
REED SMITH LLP
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



March 4, 2008

Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **08 C 1281**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

    ( X ) Summons & Complaint
    (   ) Citation to Discover Assets
    (   ) Rule to Show Cause
    (   ) Subpoena
    (   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **R&M Freight, Inc.** by leaving a copy with **Bruce Jancovic, Registered Agent and Authorized Person**, on **March 4, 2008**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**    RACE: **Caucasian**    APPROXIMATE AGE: **40-45**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **444 N. Northwest Highway, #205, Park Ridge, IL 60068**
TIME OF DAY: **2:10 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 5th day of **March 2008**.

_Jason Holinka_
Jason Holinka
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11