IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS S. MANFRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 1281 |
| | ) | |
| JEROME MAY, WILLIAM MAY, | ) | Judge Matthew J. Kennelly |
| DAVID MAY, and R&M FREIGHT, | ) | Magistrate Judge |
| INC., | ) | Michael T. Mason |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Matthew J. O'Hara               Frederic A. Cohen
     Max A. Stein                    Cheng Cohen, LLC
     Reed Smith, LLC                 1101 W. Fulton Market, Suite 200
     10 S. Wacker Dr., 40th Floor    Chicago, Illinois 60607
     Chicago, Illinois 60606

PLEASE TAKE NOTICE that on March 25, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Matthew J. Kennelly in Room 2103 of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and then and there present Defendants' AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT, a copy of which is attached hereto and hereby served upon you.

Simon J. Hill
Ethan F. Hayward
LOWIS & GELLEN
200 West Adams Street
Suite 1900
Chicago, Illinois 60606
(312) 364-2500
Firm ID #: 32517

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, certifies that a copy of this notice and attached motion was served upon the above addressee by placing same in the U.S. mail, first class postage prepaid, at 200 W. Adams St., Chicago, Illinois, the 20th day of March, 2008, before the hour of 5:00 p.m.

_/s/ JoEllen M. Dayler_