# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1281 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Manfre vs. May, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for extension of time is granted. The responses of Jerome May, William May and David May to the complaint are to be filed by 4/7/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|