# Exhibit A

# SPECIALS TRANSPORTATION, INC.

744 FOSTER AVENUE
BENSENVILLE, ILLINOIS 60106
830.477.2600
830.477.2605 FAX
630.477.2606 FAX

January 24, 2008

Dear Bill,

Specials Transportation greatly appreciates your business and we look forward
to continuing our relationship with you.

In order to further enhance the success of our company and better meet the
needs of our valued customers, like you, Specials Transportation is making
organizational changes, effective, January 21, 2008.

These changes in management and operational staff will result in an
improvement in our ability to provide timely, cost effective services, improve our
customer responsiveness and enhance our ability to continue to grow as a
company.

We want to assure you we are a profitable company that will continue to give you
the services you have received in the past and always putting you the customer
first.

We intend to continue to grow and hope you will call us for any and all of your
needs.  Going forward we will handle shipments in all categories such as; regular
pick up's and deliveries, special pick up's and deliveries, cartage and routes. We
are able to make multiple pick up's for you and are dedicated to immediate
transport to anywhere in the country.

You can depend on us now and in the future to meet your needs at competitive
rates.

I will be contacting you to discuss any questions you might have about our recent
changes, comments about our services or suggestions on how we can better
meet your needs.

Sincerely,

Joyce Boudnek
Manager