# Exhibit B

**From:** Jonathan Aguilera (DHL US)
**Sent:** Tuesday, March 04, 2008 1:48 PM
**To:** Carlos Leon Jr. (DHL US); Iniabett Castillo (DHL US); Jan Larsen (DHL US); Jeff Fudacz (DHL US); John Golon (DHL US); Madeline Dempsey (DHL US); Marlene Stramaglio (DHL US); Mike Guisinger (DHL US)
**Subject:** FW: Rates

I was told we use to use Specials here. They have put together some new pricing ($40 lift gate is good). Let me know what you think and let me know if you have any feed back about their service.

Thank you,

**Jonathan Aguilera**
Domestic Manager

**DHL Global Forwarding**
10601A Seymour Ave
Franklin Park, IL 60131
United States

Phone: 847-233-4291
Cell: 847-878-3581
Fax: 847-233-5190
Email: Jonathan.Aguilera@DHL.com

All business transactions are based on DHL Global Forwarding terms and conditions, available upon request.


*Please consider the environment before printing this e-mail*

**From:** Joyce Boudnek [mailto:specialstrans@ameritech.net]
**Sent:** Tuesday, March 04, 2008 10:00 AM
**To:** Jonathan Aguilera (DHL US)
**Subject:** RE: Rates

Hi John,

Here are the current rates.....

SPECIALS TRANSPORTATION, INC.
744 Foster Avenue

SPECIALSTRANSPORTATION.COM

3/4/08

Do you think we can get the Land Rover account back with the rates?

The Lift gate is only $40.00 and the fuel surcharge is 15%.

Let me know what you think.

Thanks,

Joyce Boudnek
Specials Transportation, Inc.
Manager
630 477 2600

---

**From:** Jonathan Aguilera (DHL US) [mailto:Jonathan.Aguilera@dhl.com]
**Sent:** Tuesday, March 04, 2008 9:14 AM
**To:** Joyce Boudnek
**Subject:** Rates

Joyce, any way you can send me your rates via email. I want to keep them stored in my computer and forward them on to my operation.

Thank you,

**Jonathan Aguilera**
Domestic Manager

**DHL Global Forwarding**
10601A Seymour Ave
Franklin Park, IL 60131
United States

Phone: 847-233-4291
Cell: 847-878-3581
Fax: 847-233-5190
Email: Jonathan.Aguilera@DHL.com


All business transactions are based on DHL Global Forwarding terms and conditions, available upon request.


*Please consider the environment before printing this e-mail*

Bensenville, IL 60106
(630)477-2600
Fax (630)477-2605

PREPARED FOR:

# DHL/DANZAS

| AREA | MIN. CHARGES | 100# | 1000# | 2000# | 5000# | 10000# | MAX |
|---|---|---|---|---|---|---|---|
| ALL | $14.20 | $7.30 | $5.75 | $4.30 | $3.25 | $2.40 | $415.00 |
|  | PLUS ZONE | cwt | cwt | cwt | cwt | cwt | stl |

## NIGHT RATES AND WEEKENDS

MONDAY thru FRIDAY: 20:00-06:00.  SATURDAY: $50.00 ADDITIONAL SURCHARGE
SUNDAY 24:00-06:00  MONDAY: $100.00 ADDITIONAL CHARGE

### THE FOLLOWING ITEMS WILL HAVE AN ADDITIONAL CHARGE AS FOLLOWS

- Rosemont Expo, McCormick Place, Navy Pier — $20.00
- All other trade shows and hotels — $20.00
- Waiting time per hour after the first 30 minutes — $40.00
- Inside pick-ups, deliveries and/or residential will be the higher of $1.75 cwt or — $20.00
- Jobs requiring two men — $55.00
- Two-man jobs: waiting time per man, per hour — $40.00
- Document only for: Registration, Validation, Licenses, Carnets, Food & Drug
  Fish & Wildlife, USDA, Terminal 5, Liberty Park......round trip — $22.00
  — $11.00
- Life gate service available — $40.00

- All transfers are ZONE and WEIGHT plus FUEL SURCHARGE...No surcharge on the above additional charges

### ZONES

| | | | | |
|---|---|---|---|---|
| A= | $15.86 | | F= | $47.59 |
| B= | $22.66 | | G= | $56.65 |
| C= | $27.19 | | H= | $62.32 |
| D= | $32.86 | | I= | $68.98 |
| E= | $38.52 | | J= | $74.78 |

**15% FUEL SURCHARGE ON ALL LOCAL ORDERS..........30% LONG DISTANCE**

EXCLUSIVE LONG DISTANCE SERVICE AVAILABLE:

Truck, $2.35 Per Mile plus $ .01 per pound
Van,   $1.80 Per Mile plus $ .01 per pound

ALL OTHER POINTS NOT LISTED, LOCAL OR LONG DISTANCE, CALL FOR INSTANT QUOTE.