# Exhibit C

## SPECIALS TRANSPORTATION, INC.

744 FOSTER AVENUE
BENSENVILLE, ILLINOIS 60106
630.477.2600
630 477.2605 FAX
630 477.2606 FAX

# TO THANK YOU FOR YOUR BUSINESS

# ONE DAY ONLY

Friday March 28, 2008

ALL LOCAL ORDERS

15 % FUEL SURCHARGE
(Freight Only)

Specials Transportation, Inc.
**630 477 2600**

Joyce Boudnek
Business Manager