IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THOMAS S. MANFRE,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **JEROME MAY, WILLIAM MAY, DAVID MAY, and R&M FREIGHT, INC.,** | ) ) ) ) Case No. 08 C 1281 |
| Defendants. | ) ) Judge Matthew J. Kennelly |
| **R&M FREIGHT, INC.,** | ) Magistrate Judge Michael T. Mason |
| Defendant/Counter-Plaintiff, | ) ) |
| v. | ) ) |
| **THOMAS S. MANFRE,** | ) ) |
| Plaintiff/Counter-Defendant. | ) |

## JURY DEMAND

Plaintiff/Counter-Defendant Thomas S. Manfre hereby demands a jury on all issues triable to a jury.

        Respectfully submitted,

        THOMAS S. MANFRE


        By:    s/ Matthew J. O'Hara
            One of His Attorneys

Matthew J. O'Hara
Max A. Stein
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL  60606
(312) 207-1000

#2174480

**CERTIFICATE OF SERVICE**

      I, Matthew J. O'Hara, state that on April 21, 2008, I electronically filed the foregoing JURY DEMAND with the Clerk of the Court using the ECF system which will send notification of such filings to all counsel of record.

      s/ Matthew J. O'Hara

      Matthew J. O'Hara (Bar No. 6237795)
      REED SMITH LLP
      10 South Wacker Drive
      Chicago, IL  60606
      (312) 207-1000
      mohara@reedsmith.com
      *Attorneys for Plaintiff/Counter-Defendant*
      *Thomas S. Manfre*

#2174480