## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS S. MANFRE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **JEROME MAY, WILLIAM MAY,** | ) | |
| **DAVID MAY, and R&M FREIGHT,** | ) | |
| **INC.,** | ) | |
| | ) | Case No. 08 C 1281 |
| Defendants. | ) | |
| | ) | Judge Matthew F. Kennelly |
| | ) | |
| **R&M FREIGHT, INC.,** | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant/Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS S. MANFRE,** | ) | |
| | ) | |
| Plaintiff/Counter-Defendant. | ) | |
| | ) | |

### NOTICE OF MOTION

**TO:**   Gerald Haberkorn                    Fredric A. Cohen
Simon J. Hill                        Andrew P. Bleiman
Ethan F. Hayward                     CHENG COHEN LLC
LOWIS & GELLEN LLP                   1101 W. Fulton Market, Suite 200
200 W. Adams St., Suite 1900         Chicago, IL  60607
Chicago, IL  60606

PLEASE TAKE NOTICE that on Tuesday, April 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before Judge Matthew F. Kennelly, in Courtroom 2103 at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' ANSWERS AND COUNTERCLAIMS**, a copy of which is hereby served upon you.

- 2 -

Dated:  April 24, 2008                              Respectfully submitted,

                                                    THOMAS S. MANFRE


                                                    By:    s/ Max A. Stein
                                                          One of His Attorneys


Matthew J. O'Hara
Max A. Stein (Atty. # 6275993)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL  60606
(312) 207-1000

2175920.1