# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1281 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Thomas S. Manfre vs. Jerome May, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for extension of time is granted. Response to counterclaim is to be filed by 5/2/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|