# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **THOMAS S. MANFRE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **JEROME MAY, WILLIAM MAY,** ) | |
| **DAVID MAY, and R&M FREIGHT,** ) | |
| **INC.,** ) | |
| ) | Case No. 08 C 1281 |
| Defendants. ) | |
| ) | Judge Matthew F. Kennelly |
| ) | |
| **R&M FREIGHT, INC.,** ) | Magistrate Judge Michael T. Mason |
| ) | |
| Defendant/Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **THOMAS S. MANFRE,** ) | |
| ) | |
| Plaintiff/Counter-Defendant. ) | |

## NOTICE OF MOTION

**TO:**   Simon J. Hill                                    Fredric A. Cohen
Ethan F. Hayward                           Andrew P. Bleiman
LOWIS & GELLEN LLP                CHENG COHEN LLC
200 W. Adams St., Suite 1900      1101 W. Fulton Market, Suite 200
Chicago, IL  60606                         Chicago, IL  60607

PLEASE TAKE NOTICE that on Wednesday, May 7, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before Judge Matthew F. Kennelly, in Courtroom 2103 at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO STRIKE CERTAIN OF DEFENDANTS' AFFIRMATIVE DEFENSES**, a copy of which is hereby served upon you.

- 2 -

Dated:  May 2, 2008                                          Respectfully submitted,

                                                                                                         THOMAS S. MANFRE

                                                                                                         By:     s/ Max A. Stein
                                                                                                              One of His Attorneys

Matthew J. O'Hara (Atty. No. 6237795)
Max A. Stein (Atty. No. 6275993)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL  60606
(312) 207-1000

2176840.1

**CERTIFICATE OF SERVICE**

      I, Max A. Stein, state that on May 2, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the ECF system which will send notification to all parties.

      s/ Max A. Stein
Max A. Stein (Atty. No. 6275993)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL  60606
(312) 207-1000