# Exhibit A

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**TRUCKING CO.**
*We Want To Work For You!*

**Home**

**New Services**

**R&M Express**

**Services**

**Air Freight**
**LCL Ocean**
**Local Cartage**
**Rail Services**
**Airport Transfers**
**Cont. Freight Station**
**TSA**
**Other Services**

**Customer Resources**

**Trace a Shipment**
**Get a Quote**
**Enter a Pick Up**
**Reporting**
**Open an Account**
**Customer Login**

**Company Information**

**Career Opportunities**
**Company Tariff**
**Contact Us**



Copyright 2008 R&M Trucking

R&M Trucking is a full service trucking company that maintains high standards for service and customer satisfaction. Established in 1976 by Robert J. May, R&M Trucking is a successful family owned and operated business servicing the greater Chicago metropolitan area including Rockford and parts of Indiana. **We specialize in serving the Air and Ocean Freight Forwarding Industry.** In addition, we serve as a common carrier providing **Daily Direct Local Cartage Service** for T/L and LTL shipments.

R&M's fleet of 136 company owned trucks can provide a specialized transportation and logistical network at a competitive price. We employ 220 drivers who are equipped with the latest communications technology enabling us to provide immediate responses to our customer's needs. All drivers are certified to handle hazardous material and are educated in the rules of TSA, C-TPAT and OSHA regulations.

Our 100,000 square foot Customs Bonded facility with 26 docks is open 24 hours, seven days a week. This allows our Container Freight Station (CFS) to breakdown consolidations and make shipments available for pick up quickly and efficiently.

The atmosphere at R&M promotes service and growth. Taking care of customers and employees has been the secret to our success for over 30 years. Our objective is to provide a high quality cost effective local transportation network. We remain committed to customizing our services to meet our customer's individual needs.

Our general services include:

**Air and Ocean Pick ups and Deliveries**
**Customs Bonded Container Freight Station (CFS)**
**U.S. Customs Bonded Cartman**
**Local Cartage Service / Common Carrier LTL & T/L**
**Emergency Pick ups and Deliveries**
**Air Freight Containerization**
**Airport Transfers**
**Rail Services—(FCL Drayage)**
**General Warehousing and Distribution**
**Electronic Data Interchange**
**Document imaging**
**On line tracing**



600 N. Thomas Dr.
Bensenville, IL 60106
(630) 451-0066

# R&M EXPRESS

**A Division of R&M Trucking Co.**

- Home
- **New Services**
- R&M Express
- **Services**
- Air Freight
- LCL Ocean
- Local Cartage
- Rail Services
- Airport Transfers
- Cont. Freight Station
- TSA
- Other Services
- **Customer Resources**
- Trace a Shipment
- Get a Quote
- Enter a Pick Up
- Reporting
- Open an Account
- Customer Login
- **Company Information**
- Career Opportunities
- Company Tariff
- Contact Us



Copyright 2008 R&M Trucking

## New Services:

**R&M Express**

### Exclusive Same Day Service
### 24 Hours / 7 Days a Week

---

**Immediate response to your shipping needs**
**Local and long distance, serving all 48 states**
**Emergency export and AOG shipments**
**Expo service**
**Second man and lift gate availability**
**Critical documents, licenses, carnets,**
**registrations, USDA**

**Exclusive Long Distance Rates:**
**Vans 1.85 per mile**
**Straight truck 2.40 per mile**
**Tractor trailer 2.75 per mile**
**Call for your exclusive rate!**

---

### For an R&M Express Pick Up
### Call (630) 451-0066 or eFax at (630) 477-0458

#### Click to display our rate schedule
#### Click to display our points list

Questions Contact: **express@rmtrucking.com** or call (630) 451-0066

600 N. Thomas Dr.
Bensenville, IL 60106
(630) 451-0066

# R&M EXPRESS

**A Division of R&M Trucking Co.**

## Effective 2-04-08
**Express Rates:** *(SPECIAL DELIVERY CHARGES APPLY TO ALL SHIPMENTS)*

| Min Chg | 100# | 1000# | 2000# | 5000# | 10000# | T/L (Max) |
|---------|------|-------|-------|-------|--------|-----------|
| $14.60 | 7.67 | 6.04 | 4.52 | 3.41 | 2.52 | 417.00 |

*Rates apply to the Express Points List.*
*Dimensional weight applicable if difference exceeds 200 lbs (Intl 1.66 factor, Domestic 1.94 factor)*

## Special Delivery Charges:

| | Special Delivery Areas | | |
|---|---|---|---|
| | Zone I | Zone II | Zone III |
| Monday – Friday  8AM – 5 PM | $50.00 | $60.00 | $95.00 - $145.00 |
| Monday – Friday  6 PM – 11 PM | $60.00 | $70.00 | $125.00 - $175.00 |
| Saturdays  8 AM – 5 PM | $80.00 | $90.00 | $140.00 - $190.00 |
| Sundays & Holidays | $170.00 | $180.00 | $225.00 - $275.00 |

*Subject to all governing tariffs published by R&M Trucking

## Accessorial Charges:

| Charges: | |
|---|---|
| McCormick Place, Rosemont Expo, & Navy Pier | $35.00 |
| Other Trade Shows | $20.00 |
| Hotels | $20.00 |
| Trade Show Waiting Time (1 Hr Free Time) | $45.00 Per Hr |
| Pickup & Delivery Waiting Time (1/2 Hr Free Time) | $45.00 Per Hr |
| Inside Pickup & Delivery (No Dock Facilities, Floor Loads) | $15.00 min, 2.50 cwt |
| Residential Pickup & Delivery ( 0 – 100 lbs ) | $8.00 Flat Rate or |
| Over 100 lbs (Must Add Inside Pickup or Delivery Charge) | (Add Inside Charges) |
| Two Man Pickups & Deliveries | $65.00 |
| Hazardous Material Surcharge (Per Shipment) | $6.00 |
| Lift Gate Vehicle | $75.00 |
| Pallet Jack | $25.00 |
| In-bond Transportation Requiring A Bonded Driver | $35.00 |
| Documentation (Cut Domestic Airway Bill or Truck Pro, Prepare Dock Receipt) | $10.00 |
| Fuel Surcharge | **View Current Surcharge** |

## Exclusive Long Distance Rates:

| Vans | 1.85 per mile |
|---|---|
| Straight Truck | 2.40 per mile |
| Tractor Trailer | 2.75 per mile |

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**TRUCKING CO.**
*We Want To Work For You!*

**Home**

**New Services**

**R&M Express**

**Services**

Air Freight
LCL Ocean
Local Cartage
Rail Services
Airport Transfers
Cont. Freight Station
TSA
Other Services

**Customer Resources**

Trace a Shipment
Get a Quote
Enter a Pick Up
Reporting
Open an Account
Customer Login

**Company Information**

Career Opportunities
Company Tariff
Contact Us



Copyright 2008 R&M Trucking

## Services:

### Domestic & International Air Freight

Same day pick and delivery service back to a forwarder, airline, or truck line (restrictions apply)

Emergency Pick Ups & Delivery Service available (3 hours or less for most areas)

**Click to display our rate schedule**

**Click to display our points list**

Questions Contact: **rmops@rmtrucking.com** or call (847) 616-1080

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**TRUCKING CO.**
*We Want To Work For You!*

## Effective 2-04-08
## Local Pickup & Delivery Rates (Air Freight):

| Domestic & International Air Freight | | | | | | | |
|---|---|---|---|---|---|---|---|
| Min Chg | 100# | 1000# | 2000# | 5000# | 10000# | Zone I & II Max Charge | Zone III Max Charge |
| $17.25 | 10.25 | 8.60 | 6.60 | 4.35 | 3.10 | 310.00 | 340.00 |

*Dimensional weight applicable if difference exceeds 200 lbs (Intl 1.66 factor, Domestic 1.94 factor)*

## Accessorial Charges:

| Charges: | |
|---|---|
| McCormick Place, Rosemont Expo, & Navy Pier | $65.00 |
| Other Trade Shows | $15.00 |
| Hotels | $15.00 |
| Trade Show Waiting Time (1 Hr Free Time) | $60.00 Per Hr |
| Pickup & Delivery Waiting Time (1/2 Hr Free Time) | $60.00 Per Hr |
| Inside Pickup & Delivery (No Dock Facilities, Floor Loads) | $12.00 min, 2.50 cwt |
| Residential Pickup & Delivery ( 0 – 100 lbs )<br>Over 100 lbs (Must Add Inside Pickup or Delivery Charge) | $8.00 Flat Rate or<br>(Add Inside Charges) |
| Two Man Pickups & Deliveries | $65.00 |
| Hazardous Material Surcharge (Per Shipment) | $6.00 |
| Flatbed Loads (Zone I & II) | $375.00 |
| Flatbed Loads (Zone III) | $450.00 |
| Special Equipment (High cube, Swing Door, Roller Trailers….) | $65.00 |
| Lift Gate Vehicle | $75.00 |
| Pallet Jack | $25.00 |
| In-bond Transportation Requiring A Bonded Driver | $35.00 |
| Documentation<br>(Cut Domestic Airway Bill or Truck Pro, Prepare Dock Receipt) | $10.00 |
| Fuel Surcharge | **View Current Surcharge** |

*An additional transfer charge will be incurred for drops to airlines and truck lines (See transfer rate schedule)*

## Special Delivery Charges
(Completed Pickup & Delivery in Approximately 3 Hours Zone I & II, 4 Hrs Zone III.)

| | Special Delivery Areas | | |
|---|---|---|---|
| | Zone I | Zone II | Zone III |
| Monday – Friday  8AM – 5 PM | $60.00 | $70.00 | $95.00 - $125.00 |
| Monday – Friday  6 PM – 11 PM | $75.00 | $85.00 | $110.00 - $140.00 |
| Saturdays  8 AM – 5 PM | $75.00 | $85.00 | $110.00 - $140.00 |
| Sundays & Holidays | $150.00 | ---- | ---- |

**\*Subject to all governing tariffs published by R&M Trucking**

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**RM TRUCKING CO.**
*We Want To Work For You!*



Home

**New Services**

R&M Express

**Services**

Air Freight
LCL Ocean
Local Cartage
Rail Services
Airport Transfers
Cont. Freight Station
TSA
Other Services

**Customer Resources**

Trace a Shipment
Get a Quote
Enter a Pick Up
Reporting
Open an Account
Customer Login

**Company Information**

Career Opportunities
Company Tariff
Contact Us

Copyright 2008 R&M Trucking

## Services:

### LCL Ocean Freight

Same day pick up service with next day delivery to a Freight Forwarder or Ocean Freight Consolidator

Emergency Pick Ups & Delivery Service available (3 hours or less for most areas)

**Click to display our rate schedule**

**Click to display our points list**

Questions Contact: **rmops@rmtrucking.com** or call (847) 616-1080



600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080

## RM TRUCKING CO.
### We Want To Work For You!

## Effective 2-04-08
## Local Pickup & Delivery Rates (LCL Ocean Freight):

| | | Per Shipment | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Min Chg | 100# | 1000# | 2000# | 5000# | 10000# | 20000# | Max Charge |
| Zone I & II | $18.00 | 5.10 | 4.80 | 4.05 | 3.35 | 2.10 | 1.45 | 310.00 |
| Zone III | $18.00 | 7.12 | 5.82 | 4.32 | 3.54 | 2.50 | .... | 340.00 |

*Dimensional weight applicable if difference exceeds 200 lbs (Intl 1.66 factor)*

## Accessorial Charges:

| Charges: | |
|---|---|
| McCormick Place, Rosemont Expo, & Navy Pier | $65.00 |
| Other Trade Shows | $15.00 |
| Hotels | $15.00 |
| Trade Show Waiting Time (1 Hr Free Time) | $60.00 Per Hr |
| Pickup & Delivery Waiting Time (1/2 Hr Free Time) | $60.00 Per Hr |
| Inside Pickup & Delivery (No Dock Facilities, Floor Loads) | $12.00 min, 2.50 cwt |
| Residential Pickup & Delivery ( 0 – 100 lbs )<br>Over 100 lbs (Must Add Inside Pickup or Delivery Charge) | $8.00 Flat Rate or<br>(Add Inside Charges) |
| Two Man Pickups & Deliveries | $65.00 |
| Hazardous Material Surcharge (Per Shipment) | $6.00 |
| Flatbed Loads (Zone I & II) | $375.00 |
| Flatbed Loads (Zone III) | $450.00 |
| Special Equipment (High cube, Swing Door, Roller Trailers….) | $65.00 |
| Lift Gate Vehicle | $75.00 |
| Pallet Jack | $25.00 |
| In-bond Transportation Requiring A Bonded Driver | $35.00 |
| **Fuel Surcharge** | **View Current Surcharge** |

## Special Delivery Charges:
(Completed Pickup & Delivery in Approximately 3 Hours Zone I & II, 4 Hrs Zone III.)

| | Special Delivery Areas | | |
|---|---|---|---|
| | Zone I | Zone II | Zone III |
| Monday – Friday  8AM – 5 PM | $60.00 | $70.00 | $95.00 - $125.00 |
| Monday – Friday  6 PM – 11 PM | $75.00 | $85.00 | $110.00 - $140.00 |
| Saturdays  8 AM – 5 PM | $75.00 | $85.00 | $110.00 - $140.00 |
| Sundays & Holidays | $150.00 | ---- | ---- |

## Ocean Transfers:

LCL Freight moving from Forwarders Warehouse to an Ocean Consolidator within Elk Grove, Bensenville, Wood Dale, Itasca, Des Plaines. All other areas use the regular pickup & delivery charges.

**Minimum Charge** $18.00 or 2.25 cwt     **Max Charge** $225.00

**\*Subject to all governing tariffs published by R&M Trucking**

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**TRUCKING CO.**
*We Want To Work For You!*

| |
|---|
| **Home** |
| **New Services** |
| **R&M Express** |
| **Services** |
| Air Freight |
| LCL Ocean |
| Local Cartage |
| Rail Services |
| Airport Transfers |
| Cont. Freight Station |
| TSA |
| Other Services |
| **Customer Resources** |
| Trace a Shipment |
| Get a Quote |
| Enter a Pick Up |
| Reporting |
| Open an Account |
| Customer Login |
| **Company Information** |
| Career Opportunities |
| Company Tariff |
| Contact Us |



Copyright 2008 R&M Trucking

## Services:

### Local Cartage / Common Carrier (LTL & TL)

Same day pick up service with next day delivery

Emergency Pick Ups & Delivery Service available (3 hours or less for most areas)

Member of the NMFC (to look up product classification for shipping) (provide a link to National Motor Freight Carrier) Will Advise Site

**Click to display our rate schedule**

**Click to display our points list**

Questions Contact: **rmops@rmtrucking.com** or call (847) 616-1080



600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080

## LTL Cartage Rates / Effective 2-04-08:

(When shipping between two different zones, the higher zone rate applies. Rates subject to governing tariffs published by R&M.)

| Zone 1 | Weight Group | Class 50 | Class 55 | Class 60 | Class 70 | Class 85 | Class 100 | Class 125 | Class 150 | Class 200 | Class 250 | Class 300 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $25 Min | 100 | $6.54 | 6.66 | 6.87 | 7.09 | 8.19 | 9.30 | 11.27 | 13.80 | 18.42 | 22.82 | 27.22 |
| | 1000 | $5.45 | 5.55 | 5.78 | 5.99 | 6.99 | 7.97 | 9.40 | 10.50 | 15.13 | 18.42 | 21.72 |
| | 2000 | $4.35 | 4.45 | 4.67 | 4.90 | 5.78 | 6.43 | 7.21 | 8.30 | 11.82 | 13.70 | .... |
| | 5000 | $2.85 | 2.96 | 3.16 | 3.37 | 4.10 | 4.82 | .... | .... | .... | .... | .... |
| $250 Max | 10000 | $1.82 | 1.92 | 2.02 | 2.23 | .... | .... | .... | .... | .... | .... | .... |

| Zone 2 | Weight Group | Class 50 | Class 55 | Class 60 | Class 70 | Class 85 | Class 100 | Class 125 | Class 150 | Class 200 | Class 250 | Class 300 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $30 Min | 100 | $7.21 | 7.31 | 7.56 | 7.97 | 9.07 | 10.28 | 12.37 | 15.23 | 20.18 | 25.13 | 29.86 |
| | 1000 | $5.99 | 6.11 | 6.33 | 6.76 | 7.75 | 8.75 | 10.39 | 11.61 | 16.66 | 20.29 | 23.81 |
| | 2000 | $4.78 | 4.90 | 5.11 | 5.45 | 6.43 | 7.09 | 7.97 | 9.18 | 13.01 | 15.01 | .... |
| | 5000 | $3.16 | 3.27 | 3.48 | 3.79 | 4.62 | 5.45 | .... | .... | .... | .... | .... |
| $275 Max | 10000 | $2.02 | 2.13 | 2.23 | 2.44 | 2.75 | .... | .... | .... | .... | .... | .... |

| Zone 3 | Weight Group | Class 50 | Class 55 | Class 60 | Class 70 | Class 85 | Class 100 | Class 125 | Class 150 | Class 200 | Class 250 | Class 300 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $35 Min | 100 | $7.87 | 8.09 | 8.42 | 8.85 | 9.95 | 11.27 | 13.58 | 16.55 | 21.94 | 27.44 | 31.62 |
| | 1000 | $6.66 | 6.76 | 6.99 | 7.54 | 8.52 | 9.51 | 11.38 | 12.70 | 17.98 | 21.82 | 25.57 |
| | 2000 | $5.23 | 5.45 | 5.66 | 5.99 | 7.09 | 7.75 | 8.75 | 10.06 | 14.02 | 16.22 | .... |
| | 5000 | $3.48 | 3.58 | 3.79 | 4.20 | 5.03 | 5.97 | .... | .... | .... | .... | .... |
| $300 Max | 10000 | $2.23 | 2.33 | 2.44 | 2.75 | 2.96 | .... | .... | .... | .... | .... | .... |

## Accessorial Charges / Effective 2-04-08:

| Charges: | |
|---|---|
| McCormick Place, Rosemont Expo, & Navy Pier | $65.00 |
| Other Trade Shows | $15.00 |
| Hotels | $15.00 |
| Trade Show Waiting Time (One Hr Free Time) | $60.00 Per Hr |
| Pickup & Delivery Waiting Time Per Hour (1/2 Hr Free Time) | $60.00 Per Hr |
| Inside Pickup & Delivery (No Dock Facilities, Floor Loads) | $12.00 min or 2.50 cwt |
| Residential Pickup & Delivery ( 0 – 100 lbs ) Over 100 lbs Must Add Inside Pickup or Delivery Charge | $8.00 |
| Two Man Pickups & Deliveries | $65.00 |
| Hazardous Material Surcharge (Per Shipment) | $6.00 |
| Flatbed Loads | Call For Quote |
| Lift Gate Vehicle | $75.00 |
| Pallet Jack | $25.00 |

| Same Day Delivery | Call For Quote |
| Fuel Surcharge | **View Current Surcharge** |

**\*Subject to all governing tariffs published by R&M Trucking**

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**TRUCKING CO.**
*We Want To Work For You!*

Home

**New Services**

R&M Express

**Services**

Air Freight
LCL Ocean
Local Cartage
Rail Services
Airport Transfers
Cont. Freight Station
TSA
Other Services

**Customer Resources**

Trace a Shipment
Get a Quote
Enter a Pick Up
Reporting
Open an Account
Customer Login

**Company Information**

Career Opportunities
Company Tariff
Contact Us



Copyright 2008 R&M Trucking

## Services:

### Rail Services (FCL Drayage)

Shipments booked by noon will receive FCL drayage the following day (some restrictions apply)

Container Breakdown & Distribution Available

**Click to display our rate schedule**

Questions Contact: **rail@rmtrucking.com** or call (847) 238-0021; fax (847) 238 0112

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**TRUCKING CO.**
*We Want To Work For You!*

Print

## Rail Rates / Effective 05-01-06:

| City | Global 2 CP Rails | Chicago | South Suburban | Joliet/Elwood | Global 3 Rochelle |
|------|------|------|------|------|------|
| Addison | $205.00 | 240.00 | 295.00 | 290.00 | 390.00 |
| Algonquin | $285.00 | 330.00 | 355.00 | 380.00 | 480.00 |
| Alsip | $275.00 | 245.00 | 250.00 | 295.00 | 395.00 |
| Antioch | $305.00 | 360.00 | 440.00 | 450.00 | 550.00 |
| Arlington Heights | $215.00 | 255.00 | 295.00 | 325.00 | 425.00 |
| Aurora | $295.00 | 300.00 | 330.00 | 295.00 | 395.00 |
| Bannockburn | $235.00 | 290.00 | 330.00 | 345.00 | 445.00 |
| Barrington | $245.00 | 290.00 | 325.00 | 340.00 | 440.00 |
| Bartlett | $245.00 | 270.00 | 325.00 | 320.00 | 420.00 |
| Batavia | $275.00 | 295.00 | 330.00 | 325.00 | 425.00 |
| Bedford Park | $245.00 | 220.00 | 260.00 | 295.00 | 395.00 |
| Bellwood | $215.00 | 220.00 | 280.00 | 290.00 | 390.00 |
| Belvidere | $365.00 | 390.00 | 435.00 | 445.00 | 545.00 |
| Bensenville | $195.00 | 220.00 | 275.00 | 300.00 | 400.00 |
| Berkley | $215.00 | 220.00 | 280.00 | 300.00 | 400.00 |
| Berwyn | $215.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Bloomingdale | $230.00 | 270.00 | 305.00 | 315.00 | 415.00 |
| Blue Island | $285.00 | 250.00 | 255.00 | 325.00 | 425.00 |
| Bolingbrook | $270.00 | 260.00 | 295.00 | 260.00 | 360.00 |
| Bradley | $420.00 | 400.00 | 400.00 | 370.00 | 470.00 |
| Bridgeview | $240.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Broadview | $215.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Brookfield | $240.00 | 220.00 | 265.00 | 300.00 | 400.00 |
| Buffalo Grove | $240.00 | 290.00 | 335.00 | 360.00 | 460.00 |
| Burbank | $245.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Burr Ridge | $250.00 | 235.00 | 265.00 | 265.00 | 365.00 |
| Calumet City | $300.00 | 270.00 | 260.00 | 330.00 | 430.00 |
| Carol Stream | $245.00 | 270.00 | 305.00 | 315.00 | 415.00 |
| Carpentersville | $265.00 | 300.00 | 330.00 | 370.00 | 470.00 |
| Cary | $265.00 | 310.00 | 340.00 | 380.00 | 480.00 |
| Channahon | $300.00 | 305.00 | 315.00 | 260.00 | 360.00 |

| | | | | |
|---|---|---|---|---|
| Chicago | $215.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Chicago Heights | $295.00 | 275.00 | 255.00 | 320.00 | 420.00 |
| Chicago Ridge | $270.00 | 220.00 | 255.00 | 305.00 | 405.00 |
| Cicero | $230.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Claredon Hills | $280.00 | 250.00 | 260.00 | 300.00 | 400.00 |
| Country Club Hill | $280.00 | 260.00 | 270.00 | 300.00 | 400.00 |
| Countryside | $245.00 | 225.00 | 270.00 | 300.00 | 400.00 |
| Cresthill | $280.00 | 280.00 | 280.00 | 320.00 | 420.00 |
| Crestwood | $285.00 | 255.00 | 270.00 | 320.00 | 420.00 |
| Crete | $355.00 | 330.00 | 315.00 | 380.00 | 480.00 |
| Crystal Lake | $275.00 | 325.00 | 380.00 | 400.00 | 500.00 |
| Darien | $245.00 | 270.00 | 315.00 | 285.00 | 385.00 |
| Deerfield | $245.00 | 295.00 | 320.00 | 370.00 | 470.00 |
| Dekalb | $365.00 | 400.00 | 435.00 | 425.00 | 525.00 |
| Des Plaines | $195.00 | 220.00 | 275.00 | 300.00 | 400.00 |
| Diamond Lake | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Dixon | $475.00 | 500.00 | 545.00 | 555.00 | 655.00 |
| Dolton | $295.00 | 270.00 | 255.00 | 335.00 | 435.00 |
| Downers Grove | $245.00 | 270.00 | 315.00 | 320.00 | 420.00 |
| Dundee | $285.00 | 330.00 | 355.00 | 380.00 | 480.00 |
| East Chicago Hts | $295.00 | 275.00 | 255.00 | 320.00 | 420.00 |
| East Hazelcrest | $295.00 | 260.00 | 255.00 | 335.00 | 435.00 |
| Elgin | $265.00 | 295.00 | 335.00 | 370.00 | 470.00 |
| Elk Grove Village | $195.00 | 220.00 | 275.00 | 300.00 | 400.00 |
| Elmhurst | $205.00 | 220.00 | 275.00 | 300.00 | 400.00 |
| Elmwood Park | $205.00 | 220.00 | 265.00 | 305.00 | 405.00 |
| Elwood | $290.00 | 295.00 | 305.00 | 245.00 | 345.00 |
| Evanston | $235.00 | 275.00 | 335.00 | 365.00 | 465.00 |
| Evergreen Park | $290.00 | 255.00 | 255.00 | 305.00 | 405.00 |
| Flossmoor | $290.00 | 260.00 | 255.00 | 335.00 | 435.00 |
| Forest Park | $215.00 | 225.00 | 260.00 | 305.00 | 405.00 |
| Forest View | $245.00 | 220.00 | 250.00 | 300.00 | 400.00 |
| Fort Sheridan | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Fox Lake | $280.00 | 330.00 | 370.00 | 405.00 | 505.00 |
| Fox River Grove | $265.00 | 310.00 | 340.00 | 380.00 | 480.00 |
| Frankfort | $315.00 | 300.00 | 290.00 | 370.00 | 470.00 |
| Franklin Park | $195.00 | 220.00 | 275.00 | 300.00 | 400.00 |
| Geneva | $275.00 | 295.00 | 330.00 | 325.00 | 425.00 |
| Glen Ellyn | $245.00 | 270.00 | 305.00 | 320.00 | 420.00 |
| Glencoe | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Glendale Heights | $235.00 | 270.00 | 315.00 | 325.00 | 425.00 |

| | | | | |
|---|---|---|---|---|
| Glenview | $235.00 | 280.00 | 300.00 | 330.00 | 430.00 |
| Glenwood | $290.00 | 270.00 | 265.00 | 325.00 | 425.00 |
| Grayslake | $285.00 | 320.00 | 380.00 | 400.00 | 500.00 |
| Great Lakes Navy | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Gurnee | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Half Day | $235.00 | 295.00 | 335.00 | 355.00 | 455.00 |
| Hampshire | $360.00 | 390.00 | 435.00 | 445.00 | 545.00 |
| Hanover Park | $235.00 | 270.00 | 315.00 | 325.00 | 425.00 |
| Harvard | $360.00 | 390.00 | 435.00 | 445.00 | 545.00 |
| Harvey | $290.00 | 250.00 | 250.00 | 320.00 | 420.00 |
| Harwood Heights | $205.00 | 245.00 | 275.00 | 315.00 | 415.00 |
| Hazelcrest | $300.00 | 250.00 | 260.00 | 325.00 | 425.00 |
| Hickory Hills | $245.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Highland Park | $245.00 | 300.00 | 330.00 | 370.00 | 470.00 |
| Highwood | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Hillside | $230.00 | 220.00 | 265.00 | 315.00 | 415.00 |
| Hinsdale | $235.00 | 235.00 | 270.00 | 300.00 | 400.00 |
| Hodgkins | $240.00 | 220.00 | 265.00 | 300.00 | 400.00 |
| Hoffman Estates | $220.00 | 280.00 | 315.00 | 330.00 | 430.00 |
| Homewood | $295.00 | 275.00 | 250.00 | 315.00 | 415.00 |
| Huntley | $325.00 | 375.00 | 415.00 | 430.00 | 530.00 |
| Indian Head Park | $250.00 | 295.00 | 330.00 | 355.00 | 455.00 |
| Inverness | $245.00 | 290.00 | 325.00 | 340.00 | 440.00 |
| Island Lake | $290.00 | 330.00 | 355.00 | 380.00 | 480.00 |
| Itasca | $205.00 | 245.00 | 305.00 | 315.00 | 415.00 |
| Joliet | $290.00 | 295.00 | 325.00 | 265.00 | 365.00 |
| Justice | $240.00 | 220.00 | 260.00 | 315.00 | 415.00 |
| Kankakee | $420.00 | 400.00 | 400.00 | 420.00 | 520.00 |
| La Fox | $300.00 | 305.00 | 335.00 | 335.00 | 435.00 |
| La Grange | $235.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Lake Bluff | $250.00 | 295.00 | 330.00 | 355.00 | 455.00 |
| Lake Forest | $250.00 | 295.00 | 330.00 | 355.00 | 455.00 |
| Lake Villa | $305.00 | 360.00 | 395.00 | 420.00 | 520.00 |
| Lake Zurich | $265.00 | 305.00 | 335.00 | 365.00 | 465.00 |
| Lansing | $290.00 | 270.00 | 255.00 | 335.00 | 435.00 |
| Lemont | $265.00 | 280.00 | 315.00 | 300.00 | 400.00 |
| Libertyville | $250.00 | 295.00 | 330.00 | 365.00 | 465.00 |
| Lincolnshire | $250.00 | 295.00 | 330.00 | 355.00 | 455.00 |
| Lincolnwood | $210.00 | 245.00 | 285.00 | 325.00 | 425.00 |
| Lindenhurst | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Lisle | $285.00 | 290.00 | 315.00 | 315.00 | 415.00 |

| Lockport | $290.00 | 295.00 | 325.00 | 295.00 | 395.00 |
| Lombard | $240.00 | 275.00 | 305.00 | 315.00 | 415.00 |
| Long Grove | $265.00 | 300.00 | 335.00 | 370.00 | 470.00 |
| Lyons | $245.00 | 220.00 | 265.00 | 305.00 | 405.00 |
| Manteno | $400.00 | 390.00 | 400.00 | 420.00 | 520.00 |
| Marengo | $350.00 | 375.00 | 410.00 | 430.00 | 530.00 |
| Markham | $280.00 | 260.00 | 255.00 | 330.00 | 430.00 |
| Matteson | $305.00 | 270.00 | 265.00 | 330.00 | 430.00 |
| Maywood | $215.00 | 220.00 | 265.00 | 320.00 | 420.00 |
| McCook | $235.00 | 220.00 | 265.00 | 305.00 | 405.00 |
| McGaw Park | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| McHenry | $325.00 | 375.00 | 410.00 | 430.00 | 530.00 |
| Medinah | $230.00 | 270.00 | 305.00 | 315.00 | 415.00 |
| Melrose Park | $205.00 | 220.00 | 260.00 | 315.00 | 415.00 |
| Midlothian | $285.00 | 245.00 | 255.00 | 325.00 | 425.00 |
| Mokena | $310.00 | 295.00 | 270.00 | 330.00 | 430.00 |
| Monee | $300.00 | 280.00 | 270.00 | 330.00 | 430.00 |
| Montgomery | $295.00 | 300.00 | 330.00 | 305.00 | 405.00 |
| Morton Grove | $210.00 | 245.00 | 285.00 | 325.00 | 425.00 |
| Mount Prospect | $210.00 | 255.00 | 315.00 | 350.00 | 450.00 |
| Mundelein | $250.00 | 295.00 | 330.00 | 355.00 | 455.00 |
| Naperville | $295.00 | 300.00 | 330.00 | 315.00 | 415.00 |
| New Lenox | $295.00 | 275.00 | 265.00 | 330.00 | 430.00 |
| Niles | $210.00 | 245.00 | 285.00 | 325.00 | 425.00 |
| Norridge | $205.00 | 245.00 | 275.00 | 315.00 | 415.00 |
| North Chicago | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| North Riverside | $235.00 | 220.00 | 260.00 | 305.00 | 405.00 |
| Northbrook | $230.00 | 280.00 | 315.00 | 350.00 | 450.00 |
| Northfield | $230.00 | 280.00 | 315.00 | 350.00 | 450.00 |
| Northlake | $205.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Oak Brook | $235.00 | 260.00 | 290.00 | 305.00 | 405.00 |
| Oak Forest | $265.00 | 245.00 | 255.00 | 315.00 | 415.00 |
| Oak Lawn | $265.00 | 245.00 | 255.00 | 315.00 | 415.00 |
| Oak Park | $235.00 | 220.00 | 260.00 | 300.00 | 400.00 |
| Olympia Fields | $265.00 | 260.00 | 270.00 | 315.00 | 415.00 |
| Orland Park | $300.00 | 280.00 | 275.00 | 315.00 | 415.00 |
| Oswego | $295.00 | 300.00 | 330.00 | 300.00 | 400.00 |
| Palatine | $230.00 | 260.00 | 305.00 | 330.00 | 430.00 |
| Palos Heights | $280.00 | 260.00 | 260.00 | 325.00 | 425.00 |
| Palos Hills | $285.00 | 260.00 | 260.00 | 315.00 | 415.00 |
| Park City | $275.00 | 310.00 | 355.00 | 375.00 | 475.00 |

| | | | | |
|---|---|---|---|---|
| Park Forest | $300.00 | 275.00 | 270.00 | 335.00 | 435.00 |
| Park Ridge | $215.00 | 250.00 | 305.00 | 330.00 | 430.00 |
| Plainfield | $285.00 | 290.00 | 300.00 | 285.00 | 385.00 |
| Plano | $325.00 | 345.00 | 380.00 | 355.00 | 455.00 |
| Posen | $270.00 | 250.00 | 255.00 | 325.00 | 425.00 |
| Prairie View | $250.00 | 295.00 | 330.00 | 355.00 | 455.00 |
| Prospect Heights | $220.00 | 260.00 | 315.00 | 330.00 | 430.00 |
| Richmond | $305.00 | 360.00 | 440.00 | 450.00 | 550.00 |
| Richton Park | $300.00 | 295.00 | 285.00 | 335.00 | 435.00 |
| River Forest | $210.00 | 225.00 | 270.00 | 315.00 | 415.00 |
| River Grove | $205.00 | 220.00 | 265.00 | 315.00 | 415.00 |
| Riverdale | $285.00 | 275.00 | 270.00 | 330.00 | 430.00 |
| Riverside | $240.00 | 220.00 | 255.00 | 315.00 | 415.00 |
| Riverwoods | $250.00 | 295.00 | 330.00 | 355.00 | 455.00 |
| Robbins | $295.00 | 275.00 | 270.00 | 330.00 | 430.00 |
| Rockford | $365.00 | 405.00 | 445.00 | 455.00 | 555.00 |
| Rockton | $365.00 | 405.00 | 445.00 | 455.00 | 555.00 |
| Rolling Meadows | $220.00 | 270.00 | 305.00 | 335.00 | 435.00 |
| Romeoville | $270.00 | 260.00 | 295.00 | 260.00 | 360.00 |
| Roscoe | $365.00 | 400.00 | 445.00 | 475.00 | 575.00 |
| Roselle | $245.00 | 270.00 | 305.00 | 315.00 | 415.00 |
| Round Lake | $285.00 | 320.00 | 380.00 | 400.00 | 500.00 |
| Sauk Village | $310.00 | 290.00 | 265.00 | 335.00 | 435.00 |
| Schaumburg | $220.00 | 260.00 | 300.00 | 325.00 | 425.00 |
| Schiller Park | $195.00 | 220.00 | 275.00 | 305.00 | 405.00 |
| Skokie | $210.00 | 245.00 | 280.00 | 330.00 | 430.00 |
| South Barrington | $245.00 | 290.00 | 325.00 | 340.00 | 440.00 |
| South Beloit | $360.00 | 405.00 | 445.00 | 480.00 | 580.00 |
| South Elgin | $265.00 | 295.00 | 335.00 | 370.00 | 470.00 |
| South Holland | $275.00 | 245.00 | 250.00 | 300.00 | 400.00 |
| Spring Grove | $290.00 | 365.00 | 395.00 | 425.00 | 525.00 |
| St Charles | $275.00 | 295.00 | 330.00 | 325.00 | 425.00 |
| Stickney | $245.00 | 220.00 | 260.00 | 315.00 | 415.00 |
| Stone Park | $215.00 | 220.00 | 270.00 | 315.00 | 415.00 |
| Streamwood | $255.00 | 285.00 | 325.00 | 330.00 | 430.00 |
| Summit | $235.00 | 220.00 | 255.00 | 305.00 | 405.00 |
| Tinley Park | $290.00 | 260.00 | 260.00 | 325.00 | 425.00 |
| University Park | $290.00 | 260.00 | 265.00 | 325.00 | 425.00 |
| Vernon Hills | $250.00 | 295.00 | 330.00 | 355.00 | 455.00 |
| Villa Park | $220.00 | 245.00 | 280.00 | 305.00 | 405.00 |
| Volo | $285.00 | 320.00 | 380.00 | 400.00 | 500.00 |

| | | | | |
|---|---|---|---|---|
| Wadsworth | $305.00 | 360.00 | 440.00 | 450.00 | 550.00 |
| Warrenville | $290.00 | 305.00 | 335.00 | 330.00 | 430.00 |
| Wauconda | $285.00 | 330.00 | 355.00 | 380.00 | 480.00 |
| Waukegan | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| West Chicago | $275.00 | 295.00 | 330.00 | 325.00 | 425.00 |
| West Dundee | $285.00 | 330.00 | 355.00 | 380.00 | 480.00 |
| Westchester | $235.00 | 220.00 | 260.00 | 305.00 | 405.00 |
| Western Springs | $245.00 | 255.00 | 285.00 | 315.00 | 415.00 |
| Westmont | $245.00 | 250.00 | 285.00 | 305.00 | 405.00 |
| Wheaton | $250.00 | 275.00 | 315.00 | 325.00 | 425.00 |
| Wheeling | $235.00 | 280.00 | 300.00 | 350.00 | 450.00 |
| Willowbrook | $250.00 | 235.00 | 280.00 | 295.00 | 395.00 |
| Wilmette | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Winnebago | $365.00 | 405.00 | 445.00 | 470.00 | 570.00 |
| Winnetka | $280.00 | 310.00 | 355.00 | 375.00 | 475.00 |
| Wood Dale | $195.00 | 220.00 | 275.00 | 300.00 | 400.00 |
| Woodridge | $250.00 | 235.00 | 285.00 | 275.00 | 375.00 |
| Woodstock | $350.00 | 375.00 | 410.00 | 430.00 | 530.00 |
| Worth | $245.00 | 240.00 | 260.00 | 305.00 | 405.00 |
| Yorkville | $300.00 | 305.00 | 340.00 | 330.00 | 430.00 |
| Zion | $305.00 | 330.00 | 440.00 | 450.00 | 550.00 |

## Accessorial Charges / Effective 05-01-06:

| | |
|---|---|
| **Additional Chasis Charges:** | |
| R&M to supply chassis | $50.00 per day |
| Tri axle chassis | $150.00 per day |
| Position chassis for COFC loads | $50.00 min |
| **Custom Bonded Containers:** | |
| Transfer to CES for intensive exam | $150.00 |
| **Detention Charges:** | |
| Any Rail line | Rail rate + Handling Fee |
| (Per our interchange) | |
| *Email doc accepted - verbal not acceptable. | |
| **Hazardous Materials:** | |
| Any transportation of hazardous material | $50.00 |
| **Waiting Time:** | |
| 1 hour free | |
| Any additional time will be prorated | $65.00 per hour |
| (R&M drivers waiting time) | |
| **Additional Charges:** | |
| Extra stops | $150.00 min |
| Expo surcharge | $150.00 |
| Over weights | $300.00 + waiting time |
| **Fuel Surcharge:** | |

Subject to change                                    **View Current Surcharge**



600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080

**We Want To Work For You!**

| |
|---|
| Home |
| **New Services** |
| **R&M Express** |
| **Services** |
| **Air Freight** |
| **LCL Ocean** |
| **Local Cartage** |
| **Rail Services** |
| **Airport Transfers** |
| **Cont. Freight Station** |
| **TSA** |
| **Other Services** |
| **Customer Resources** |
| **Trace a Shipment** |
| **Get a Quote** |
| **Enter a Pick Up** |
| **Reporting** |
| **Open an Account** |
| **Customer Login** |
| **Company Information** |
| **Career Opportunities** |
| **Company Tariff** |
| **Contact Us** |



Copyright 2008 R&M Trucking

## Services:

### Airport Transfers

Transfer cargo (Consolidations or IATA's) from Freight Forwarders to Airlines, Truck lines, or Consolidators within the transfer area

Cargo must be available 2.5 hours prior to lock out time

Transfer Area: O'Hare Airport, Elk Grove, Wood Dale, Bensenville, and parts of Des Plaines & Itasca

**Click to display our rate schedule**

Questions Contact: **airport@rmtrucking.com** or call (847) 616-1080

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**TRUCKING CO.**
*We Want To Work For You!*

## Airport Transfer Rates / Effective 2-04-08:

*To ensure lock out times are met, please have your cargo ready 2.5 hours prior to lock out time.*

## Transfer Area:

For Airlines and Truck lines within O'Hare Airport, Elk Grove, Wood Dale, Bensenville, and Des Plaines

## Loose Freight (per master AWB#):

Minimum Charge $10.00 or 2.75 cwt (Airline Chargeable Weight If Difference Exceeds 300 lbs)
Maximum Charge $350.00 per load

## Containerized Cargo:

| Unit Type | Flat Rate |
|---|---|
| **LD2** (DPE, AKC) **LD3** (AKE, AKN, AVE, DKN, RKN) | $60.00 |
| **LD4** (PQP, FQF, PNA) **LD5 or LD8** (ALF, FLA, DQP, DQF, DQN, FQA) **LD11** (ALP, PLA, PQA, PLB, PQF, PQP, P9A) | $80.00 |
| **LD7 - 88" pallets** (PAG, PAH, PAJ, PAP, PLD) | $120.00 |
| **LD9 - 96" pallets** (PMC, PGP, PIP, AAF, ALF, AMA, AMD, AMJ, AMP, PGP, PIP, PMP, PMW, RAP) | $120.00 |
| **PGA - 16' pallets** (PGA, PZA) | $175.00 |
| **PGE - 20' pallets** (PGE, PGF) | $195.00 |
| | **Rate** |
| Building ULD's at R&M Facility (plus transfer charge) | $4.00 cwt |

*Charges include recovering empty containers. No charge to return unused equipment.*

## Warehouse Handling - (Per On Hand Ticket)

Minimum Charge $10.00 or 1.50 cwt, Maximum Charge $175.00

## Accessorial Charges:

| Charges: | |
|---|---|
| Pallets - R&M Supplied 4-way Standard | $7.00 (Per pallet) |
| Pallets - R&M Supplied 4-way Heat Treated | $40.00 (Per pallet) |
| Shrink Wrap | $5.00 (Per pallet) |
| Banding | $12.50 (Per pallet) |
| Labor (additional warehouse labor for projects) | $60.00 (Per Hour) |
| Pickup & Delivery Wait Time (1/2 hour free time) | $60.00 (Per Hour) |
| Special Delivery - Exclusive Run | $60.00 (Surcharge) |
| Waiting Time at Airlines | $60.00 (Per Hour) |
| **Fuel Surcharge** | **View Current Surcharge** |



600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080

**Home**

**New Services**

**R&M Express**

**Services**

Air Freight
LCL Ocean
Local Cartage
Rail Services
Airport Transfers
Cont. Freight Station
TSA
Other Services

**Customer Resources**

Trace a Shipment
Get a Quote
Enter a Pick Up
Reporting
Open an Account
Customer Login

**Company Information**

Career Opportunities
Company Tariff
Contact Us



Copyright 2008 R&M Trucking

## Services:

### Container Freight Stations (CFS)

Transfer consolidated cargo from the Airport or Rail to our US Customs Bonded Facility (Firms Code I740) on a "Permit to transfer"

Breakdown & segregate cargo by house bill and manage all documents for distribution to truck lines once shipments are released by customs

**Click to display our rate schedule**

For more information please contact: **cfs@rmtrucking.com** or call (847) 616-1080



600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080

**Container Freight Station Rates / Effective 2-04-08:**

*Note: Skid Exchange required on all consignments.*

| Air Freight: |
|---|
| $30.00 min or 0.04 per pound, no additional charge per house bill. Rate includes transfer, cross dock, permit preparation, reporting, and empty airline ULD return. |
| Storage $10.00 per day or 0.01 per pound per day, 5 free days – includes weekends. |

| Ocean Containers: | |
|---|---|
| 20' | $250.00 Devan - Floor Load $100.00 additional. |
| 40' | $350.00 Devan - Floor Load $150.00 additional. |
| Blocking and bracing $35.00 min or $9.00 per heat treated 2x4 | |
| Storage: | 40' container $500.00 per month<br>20' container $250.00 per month<br>Pallet rate (48x40) $25.00 per month<br>10 free days-includes weekends |

| Additional Warehouse Charges: | |
|---|---|
| $7.00 | per 4-way skid |
| $5.00 | shrink wrap per skid |
| $40.00 | Heat Treated skids |
| $35.00 | IT perferation from customs |
| $12.50 | banding cargo per skid |
| $60.00 | per hour waiting time for airline pick ups |
| $60.00 | per hour for extra warehouse labor (Split lot tickets, re-skid pallets) Please call for quotes. |



600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080

| Home |
| **New Services** |
| **R&M Express** |
| **Services** |
| **Air Freight** |
| **LCL Ocean** |
| **Local Cartage** |
| **Rail Services** |
| **Airport Transfers** |
| **Cont. Freight Station** |
| **TSA** |
| **Other Services** |
| **Customer Resources** |
| **Trace a Shipment** |
| **Get a Quote** |
| **Enter a Pick Up** |
| **Reporting** |
| **Open an Account** |
| **Customer Login** |
| **Company Information** |
| **Career Opportunities** |
| **Company Tariff** |
| **Contact Us** |



Copyright 2008 R&M Trucking

## Services:

### TSA

For information please contact: **tony.degani@rmtrucking.com**

600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



## Other Services:

### Warehouse Services

Capabilities: 1 piece to multiple trailer loads, short term or long term

General Storage- Managing an inventory for distribution of various products

Dedicate space to Air Freight Forwarders and create a complete program for on-hands, re-weighs, labeling and consolidation.

For rates or information please contact: **sales@rmtrucking.com** or call (847) 616-1080

### Dedicated Dispatch and Trucking Services

R&M can provide a program for a dedicated truck or fleet of trucks operating exclusively for our customer needs

Develop a program for an in house dispatcher when 3 or more dedicated trucks are needed

For rates or information please contact: **sales@rmtrucking.com** or call (847) 616-1080

**Home**

**New Services**

**R&M Express**

**Services**

Air Freight
LCL Ocean
Local Cartage
Rail Services
Airport Transfers
Cont. Freight Station
TSA
Other Services

**Customer Resources**

Trace a Shipment
Get a Quote
Enter a Pick Up
Reporting
Open an Account
Customer Login

**Company Information**

Career Opportunities
Company Tariff
Contact Us



Copyright 2008 R&M Trucking



600 N. Thomas Dr.
Bensenville, IL 60106
(847) 616-1080



**TRUCKING CO.**
*We Want To Work For You!*

| Home |
|------|
| **New Services** |
| R&M Express |
| **Services** |
| Air Freight |
| LCL Ocean |
| Local Cartage |
| Rail Services |
| Airport Transfers |
| Cont. Freight Station |
| TSA |
| Other Services |
| **Customer Resources** |
| Trace a Shipment |
| Get a Quote |
| Enter a Pick Up |
| Reporting |
| Open an Account |
| Customer Login |
| **Company Information** |
| Career Opportunities |
| Company Tariff |
| Contact Us |



Copyright 2008 R&M Trucking

## Fuel Surcharges:

### Surcharges As Of  4/08/08

**Rail:**              30% Effective 03-24-08

**Cartage:**           25% Effective 03-31-08

**Ocean/Air:**         $5.00 flat rate 0-999# Effective 2/4/08
                       $10.00 flat rate 1000-1999#
                       $15.00 flat rate 2000-2999#
                       $20.00 flat rate 3000-4999#
                       $30.00 flat rate 5000# and over

**Airport Transfers:** $1.00 flat rate 0-1999#
                       $3.00 flat rate 2000 - 4999#
                       $5.00 flat rate 5000# and over
                       (Flat rate per Master AWB#)

Questions Contact: **info@rmtrucking.com** or call us at (847) 616·

**Express:**           Local points list 25%
                       Over the road/rates per mile 35%

Questions Contact: **express@rmtrucking.com** or call us at (630)





600 N. Thomas Dr.
Bensenville, IL 60106
(630) 451-0066

A Division of R&M Trucking Co.

## R&M Express Points List:

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z ALL (Select a letter or ALL for all cities)

### All Cities

| City, St | Zone |
| --- | --- |
| Abbott Park, IL | 2 |
| Addison, IL | 1 |
| Algonquin, IL | 3 |
| Alpine, IL | 2 |
| Alsip, IL | 2 |
| Antioch, IL | 3 |
| Aptakisic, IL | 2 |
| Argo, IL | 1 |
| Argonne, IL | 2 |
| Argyle, IL | 3 |
| Arlington Heights, IL | 1 |
| Aurora, IL | 2 |
| Bannockburn, IL | 2 |
| Barrington, IL | 1 |
| Barrington Hills, IL | 1 |
| Bartlett, IL | 2 |
| Batavia, IL | 2 |
| Bedford Park, IL | 1 |
| Bellwood, IL | 1 |
| Belvidere, IL | 3 |
| Bensenville, IL | 1 |
| Berkeley, IL | 1 |
| Berwyn, IL | 1 |
| Bloomingdale, IL | 1 |
| Blue Island, IL | 2 |
| Bolingbrook, IL | 2 |
| Bridgeview, IL | 2 |
| Broadview, IL | 1 |
| Brookfield, IL | 1 |
| Buffalo Grove, IL | 1 |
| Burbank, IL | 1 |

| | |
|---|---|
| Burlington, IL | 3 |
| Burnham, IL | 2 |
| Burr Ridge, IL | 1 |
| Calumet City, IL | 2 |
| Calumet Park, IL | 2 |
| Carol Stream, IL | 1 |
| Carpentersville, IL | 2 |
| Cary, IL | 2 |
| Channahon, IL | 3 |
| Channel Lake, IL | 3 |
| Cherry Valley, IL | 3 |
| Chicago, IL | 1 |
| Chicago Heights, IL | 2 |
| Chicago Ridge, IL | 2 |
| Cicero, IL | 1 |
| Clarendon Hills, IL | 1 |
| Cloverdale, IL | 1 |
| Cortland, IL | 3 |
| Country Club Hills, IL | 2 |
| Countryside, IL | 2 |
| Crest Hill, IL | 2 |
| Crestwood, IL | 2 |
| Crystal Lake, IL | 3 |
| Darien, IL | 2 |
| Deer Park, IL | 2 |
| Deerfield, IL | 1 |
| Des Plaines, IL | 1 |
| DeKalb, IL | 3 |
| Diamond Lake, IL | 2 |
| Dixmoor, IL | 2 |
| Dolton, IL | 2 |
| Downers Grove, IL | 1 |
| Dundee, IL | 2 |
| East Chicago, IN | 3 |
| East Chicago Heights, IL | 2 |
| East Dundee, IL | 2 |
| East Hazel Crest, IL | 2 |
| Elburn, IL | 3 |
| Elgin, IL | 2 |
| Elk Grove Village, IL | 1 |
| Elmhurst, IL | 1 |
| Elmwood Park, IL | 1 |
| Elwood, IL | 3 |
| Eola, IL | 2 |
| Evanston, IL | 1 |

| | |
|---|---|
| Evergreen Park, IL | 2 |
| Fairmont, IL | 2 |
| Flossmoor, IL | 2 |
| Ford Heights, IL | 2 |
| Forest Park, IL | 1 |
| Forest View, IL | 1 |
| Fort Sheridan, IL | 2 |
| Fox Lake, IL | 3 |
| Fox River Grove, IL | 2 |
| Frankfort, IL | 2 |
| Franklin Park, IL | 1 |
| Gary, IN | 3 |
| Geneva, IL | 2 |
| Genoa, IL | 3 |
| Gilberts, IL | 2 |
| Gilmer, IL | 2 |
| Glen Ellyn, IL | 1 |
| Glencoe, IL | 1 |
| Glendale Heights, IL | 1 |
| Glenview, IL | 1 |
| Glenwood, IL | 2 |
| Golf, IL | 1 |
| Grayslake, IL | 2 |
| Great Lakes, IL | 2 |
| Green Oaks, IL | 2 |
| Gurnee, IL | 2 |
| Half Day, IL | 2 |
| Hammond, IN | 3 |
| Hampshire, IL | 3 |
| Hanover Park, IL | 1 |
| Harvard, IL | 3 |
| Harvey, IL | 2 |
| Harwood Heights, IL | 1 |
| Hawthorn Woods, IL | 2 |
| Hazel Crest, IL | 2 |
| Hebron, IL | 3 |
| Hegewisch, IL | 2 |
| Hickory Hills, IL | 1 |
| Highland Park, IL | 2 |
| Highwood, IL | 2 |
| Hillside, IL | 1 |
| Hinckley, IL | 3 |
| Hinsdale, IL | 1 |
| Hodgkins, IL | 1 |
| Hoffman Estates, IL | 1 |

| | |
|---|---|
| Homewood, IL | 2 |
| Huntley, IL | 3 |
| Indian Creek, IL | 2 |
| Indian Head Park, IL | 2 |
| Ingalls Park, IL | 2 |
| Ingleside, IL | 3 |
| Inverness, IL | 1 |
| Island Lake, IL | 2 |
| Itasca, IL | 1 |
| Ivanhoe, IL | 2 |
| Johnsburg, IL | 3 |
| Joliet, IL | 2 |
| Justice, IL | 1 |
| Justice Park, IL | 1 |
| Keeneyville, IL | 1 |
| Kenilworth, IL | 1 |
| Kildeer, IL | 2 |
| Kirkland, IL | 3 |
| Knollwood, IL | 2 |
| La Fox, IL | 3 |
| La Grange, IL | 1 |
| La Grange Park, IL | 1 |
| Lake Barrington, IL | 2 |
| Lake Bluff, IL | 2 |
| Lake Forest, IL | 2 |
| Lake In The Hills, IL | 3 |
| Lake Villa, IL | 3 |
| Lake Zurich, IL | 2 |
| Lakemoor, IL | 3 |
| Lansing, IL | 2 |
| Lemont, IL | 2 |
| Libertyville, IL | 2 |
| Lily Lake, IL | 3 |
| Lincolnshire, IL | 1 |
| Lincolnwood, IL | 1 |
| Lindenhurst, IL | 2 |
| Lisle, IL | 1 |
| Lockport, IL | 2 |
| Lombard, IL | 1 |
| Long Grove, IL | 2 |
| Loves Park, IL | 3 |
| Lynwood, IL | 2 |
| Lyons, IL | 1 |
| Machesney Park, IL | 3 |
| Malta, IL | 3 |

| | |
|---|---|
| Maple Park, IL | 3 |
| Marengo, IL | 3 |
| Markham, IL | 2 |
| Marley, IL | 2 |
| Matteson, IL | 2 |
| Maywood, IL | 1 |
| Mc Cook, IL | 1 |
| Mc Gaw Park, IL | 2 |
| Mc Henry, IL | 3 |
| Meadowdale, IL | 2 |
| Medinah, IL | 1 |
| Melrose Park, IL | 1 |
| Merrionette Park, IL | 2 |
| Midlothian, IL | 2 |
| Minooka, IL | 3 |
| Mokena, IL | 2 |
| Monee, IL | 3 |
| Montgomery, IL | 2 |
| Moosehart, IL | 3 |
| Morton Grove, IL | 1 |
| Mount Prospect, IL | 1 |
| Mundelein, IL | 2 |
| Naperville, IL | 1 |
| New Lenox, IL | 2 |
| Niles, IL | 1 |
| Norridge, IL | 1 |
| North Aurora, IL | 2 |
| North Barrington, IL | 2 |
| North Chicago, IL | 2 |
| North Riverside, IL | 1 |
| Northbrook, IL | 1 |
| Northfield, IL | 1 |
| Northlake, IL | 1 |
| Norwood Park, IL | 1 |
| Oak Brook, IL | 1 |
| Oak Brook Terrace, IL | 1 |
| Oak Forest, IL | 2 |
| Oak Lawn, IL | 2 |
| Oak Park, IL | 1 |
| Olympia Fields, IL | 2 |
| Orland Hills, IL | 2 |
| Orland Park, IL | 2 |
| Oswego, IL | 2 |
| Palatine, IL | 1 |
| Palos Heights, IL | 2 |

| | |
|---|---|
| Palos Hills, IL | 2 |
| Palos Park, IL | 2 |
| Park City, IL | 2 |
| Park Forest, IL | 2 |
| Park Ridge, IL | 1 |
| Phoenix, IL | 2 |
| Pingree Grove, IL | 2 |
| Plainfield, IL | 2 |
| Pleasant Prairie, WI | 3 |
| Posen, IL | 2 |
| Prairie View, IL | 2 |
| Prospect Heights, IL | 1 |
| Ravinia, IL | 1 |
| Richmond, IL | 3 |
| Richton Park, IL | 2 |
| Ringwood, IL | 3 |
| River Forest, IL | 1 |
| River Grove, IL | 1 |
| Riverdale, IL | 2 |
| Riverside, IL | 1 |
| Riverwoods, IL | 2 |
| Robbins, IL | 2 |
| Rockdale, IL | 2 |
| Rockford, IL | 3 |
| Rockton, IL | 3 |
| Rolling Meadows, IL | 1 |
| Romeoville, IL | 2 |
| Roscoe, IL | 3 |
| Roselle, IL | 1 |
| Rosemont, IL | 1 |
| Round Lake, IL | 3 |
| Round Lake Beach, IL | 3 |
| Round Lake Park, IL | 3 |
| Russell, IL | 3 |
| Sauk Village, IL | 2 |
| Schaumburg, IL | 1 |
| Schiller Park, IL | 1 |
| Shorewood, IL | 2 |
| Skokie, IL | 1 |
| Sleepy Hollow, IL | 2 |
| Solon Mills, IL | 3 |
| South Barrington, IL | 1 |
| South Beloit, IL | 3 |
| South Chicago Heights, IL | 2 |
| South Elgin, IL | 2 |

| | |
|---|---|
| South Holland, IL | 2 |
| Spring Grove, IL | 3 |
| St Charles, IL | 2 |
| Steger, IL | 2 |
| Stickney, IL | 1 |
| Stone Park, IL | 1 |
| Streamwood, IL | 1 |
| Sugar Grove, IL | 3 |
| Summit, IL | 1 |
| Sycamore, IL | 3 |
| Techny, IL | 1 |
| Thornton, IL | 2 |
| Tinley Park, IL | 2 |
| Union, IL | 3 |
| University Park, IL | 2 |
| Valley View, IL | 2 |
| Vernon Hills, IL | 2 |
| Villa Park, IL | 1 |
| Virgil, IL | 3 |
| Volo, IL | 3 |
| Wadsworth, IL | 3 |
| Warrenville, IL | 1 |
| Wasco, IL | 2 |
| Wauconda, IL | 2 |
| Waukegan, IL | 2 |
| Wayne, IL | 2 |
| West Chicago, IL | 2 |
| West Dundee, IL | 2 |
| Westchester, IL | 1 |
| Western Springs, IL | 1 |
| Westmont, IL | 1 |
| Wheaton, IL | 1 |
| Wheeling, IL | 1 |
| Wildwood, IL | 2 |
| Willow Springs, IL | 1 |
| Willowbrook, IL | 1 |
| Wilmette, IL | 1 |
| Wilmington, IL | 3 |
| Winfield, IL | 1 |
| Winnetka, IL | 2 |
| Winthrop Harbor, IL | 3 |
| Wonder Lake, IL | 3 |
| Wood Dale, IL | 1 |
| Woodridge, IL | 1 |
| Woodstock, IL | 3 |

| | |
|---|---|
| Worth, IL | 2 |
| York Center, IL | 1 |
| Zion, IL | 3 |