**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **THOMAS S. MANFRE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **JEROME MAY, WILLIAM MAY,** | ) | |
| **DAVID MAY, and R&M FREIGHT,** | ) | |
| **INC.,** | ) | |
| | ) | Case No. 08 C 1281 |
| Defendants. | ) | |
| | ) | Judge Matthew F. Kennelly |
| | ) | |
| **R&M FREIGHT, INC.,** | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendant/Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THOMAS S. MANFRE,** | ) | |
| | ) | |
| Plaintiff/Counter-Defendant. | ) | |

**<u>NOTICE OF MOTION</u>**

**TO:**   Simon J. Hill                                  Fredric A. Cohen
         Ethan F. Hayward                          Andrew P. Bleiman
         LOWIS & GELLEN LLP                  CHENG COHEN LLC
         200 W. Adams St., Suite 1900        1101 W. Fulton Market, Suite 200
         Chicago, IL 60606                          Chicago, IL 60607

PLEASE TAKE NOTICE that on Wednesday, May 7, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before Judge Matthew F. Kennelly, in Courtroom 2103 at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO DISMISS DEFENDANT R&M'S COUNTERCLAIMS**, a copy of which is hereby served upon you.

Dated:  May 2, 2008                Respectfully submitted,

                                     THOMAS S. MANFRE


                              By:    s/ Max A. Stein
                                  One of His Attorneys

Matthew J. O'Hara (Atty. No. 6237795)
Max A. Stein (Atty. No. 6275993)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL  60606
(312) 207-1000

2176841.1

## CERTIFICATE OF SERVICE

I, Max A. Stein, state that on May 2, 2008, I electronically filed the foregoing **NOTCIE OF MOTION** with the Clerk of the Court using the ECF system which will send notification to all parties.


                                                               s/ Max A. Stein

                                                     Max A. Stein (Atty. No. 6275993)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL  60606
(312) 207-1000