UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Thomas S. Manfre
                Plaintiff,

v.                                        Case No.: 1:08−cv−01281
                                          Honorable Matthew F. Kennelly

Jerome May, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly: Rule 16(b) conference held with attorneys for all parties. Rule 16(b) conference is continued to 5/21/2008 at 9:00a.m. Rule 26(a)(1) disclosures are to be made. Counsel are directed to meet and confer to develop a plan for limited discovery needed to participate meaningfully in settlement negotiations.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.