IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS S. MANFRE,         )<br>                          )<br>    Plaintiff,            )<br>                          )<br>    v.                    )<br>                          )<br>JEROME MAY, WILLIAM MAY,  )<br>DAVID MAY, and R&M FREIGHT,)<br>INC.,                     )<br>                          )<br>    Defendants.           )<br>_____)<br>                          )<br>R&M FREIGHT, INC.,        )<br>                          )<br>    Defendant/Counter-Plaintiff,)<br>                          )<br>    v.                    )<br>                          )<br>THOMAS S. MANFRE,         )<br>                          )<br>    Plaintiff/Counter-Defendant.)| Case No. 08 C 1281<br><br>Judge Matthew F. Kennelly<br><br>Magistrate Judge Michael T. Mason |

### AMENDED NOTICE OF MOTION

TO:   Simon J. Hill                    Fredric A. Cohen
      Ethan F. Hayward                 Andrew P. Bleiman
      LOWIS & GELLEN LLP               CHENG COHEN LLC
      200 W. Adams St., Suite 1900     1101 W. Fulton Market, Suite 200
      Chicago, IL 60606                Chicago, IL 60607

  PLEASE TAKE NOTICE that on Thursday, May 8, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before Judge Matthew F. Kennelly, in Courtroom 2103 at 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION TO STRIKE CERTAIN OF DEFENDANTS' AFFIRMATIVE DEFENSES**, and **PLAINTIFF'S MOTION TO DISMISS DEFENDANT R&M'S COUNTERCLAIMS**, copies of which are hereby served upon you.

- 2 -

Dated:  May 5, 2008                                  Respectfully submitted,

                                                     THOMAS S. MANFRE


                                                     By: __s/ Max A. Stein_____
                                                         One of His Attorneys


Matthew J. O'Hara (Atty. No. 6237795)
Max A. Stein (Atty. No. 6275993)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL  60606
(312) 207-1000

2176840.1

## CERTIFICATE OF SERVICE

I, Max A. Stein, state that on May 5, 2008, I electronically filed the foregoing **AMENDED NOTICE OF MOTION** with the Clerk of the Court using the ECF system which will send notification to all parties.

                                                                   s/ Max A. Stein
Max A. Stein (Atty. No. 6275993)
REED SMITH LLP
10 S. Wacker Drive
Chicago, IL 60606
(312) 207-1000