## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1281 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Manfre vs. May, et al. | | |

**DOCKET ENTRY TEXT**

Continued Rule 16(b) conference held in chambers with attorneys for all parties. Proposed protective order is to be submitted electronically by no later than 5/23/08, following the directions on Judge Kennelly's web page. Telephone conference is set to 6/10/08 at 9:00 a.m. to discuss the possibility of setting a settlement conference for June 23 or June 24. Motion to strike affirmative defenses is entered and continued pending filing of amended answers by defendants. Motion to dismiss counterclaim is entered and continued to 6/10/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|