## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Thomas S. Manfre
                Plaintiff,

v.                                            Case No.: 1:08−cv−01281
                                                    Honorable Matthew F. Kennelly

Jerome May, et al.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

       MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 6/10/2008 with attorneys for all parties by telephone. Settlement Conference set for 6/24/2008 at 02:00 PM. All pending motions are entered and continued generally. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.