# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Thomas S. Manfre

                    Plaintiff,

v.                                                    Case No.: 1:08–cv–01281
                                                      Honorable Matthew F. Kennelly

Jerome May, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held. Responses to motion to dismiss and motion to strike are due 9/9/08; repliesare due 9/19/08. Status hearing continued to 10/20/08 at 9:30 AM. Deadline for amending pleadings and adding parties is 12/2/08. Fact discovery ordered closed 1/30/09. Expert discovery ordered closed 4/30/09. The parties are encouraged to exchange further settlement proposals. Rule 26(a)(2) disclosures are due by2/27/09 for plaintiff and 3/27/09 for defendants.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.