IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS S. MANFRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 1281 |
| ) | |
| JEROME MAY, WILLIAM MAY, ) | Judge Matthew J. Kennelly |
| DAVID MAY, and R&M FREIGHT, ) | Magistrate Judge |
| INC., ) | Michael T. Mason |
| ) | |
| Defendants. ) | |
| | |
| R&M FREIGHT, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THOMAS S. MANFRE, Plaintiff/ ) | |
| Counter-Defendant, and SPECIALS ) | |
| TRANSPORTATION, INC., an Illinois ) | |
| Corporation, Third-Party Defendant. ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANTS'
AFFIRMATIVE DEFENSES**

Defendants JEROME MAY, WILLIAM MAY and DAVID MAY (collectively, "the May Brothers"), by their undersigned counsel and for their Response to the Motion to Strike Affirmative Defenses (Doc. 25) and Memorandum in Support thereof (Doc. 26) filed by Plaintiff/Counter-Defendant THOMAS S. MANFRE ("Manfre"), states as follows:

The May Brothers direct the Court and Mr. Manfre to their Amended Affirmative Defenses (Doc. 40), filed on September 8, 2008, which cure any purported defect in their original Affirmative Defenses and obviate the need for a response to the instant Motion. *See Nolan S.p.A. v. Dyna Group Int'l Corp.*, 1990 WL 93314, at *1 (N.D. Ill. June 19, 1990)(once

amended pleading is interposed, the first is superseded and no longer performs any function in the case); *Cat Scale Co. v. Truck Stop Scale Co.*, 2005 WL 3311439, at *1 (N.D. Ind. Dec. 5, 2005)(filing of amended pleading renders moot any motions or sanctions directed to the original).

For the foregoing reasons, Defendants Jerome May, William May and David May respectfully request that this Court enter an Order denying Plaintiff/Counter-Defendant Thomas Manfre's Motion to Strike as moot and for such further and additional relief as the Court deems just and appropriate.

          Respectfully submitted,

          JEROME MAY, WILLIAM MAY and DAVID MAY,

          By: s/ Ethan F. Hayward
          One of their attorneys

Gerald Haberkorn
Simon J. Hill
Ethan F. Hayward
LOWIS & GELLEN LLP
200 W. Adams St., Suite 1900
Chicago, Illinois 60606
(312) 364-2500

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, a copy of the foregoing was filed electronically. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                           s/ Ethan F. Hayward

                                                            Ethan F. Hayward
                                                            Lowis & Gellen, LLP
                                                           200 W. Adams St., Suite 1900
                                                            Chicago, Illinois 60606
                                                            (312) 364-2500